# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN LEE MILLIKAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:17-cv-01360-SAB <br><br> ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO SERVE HER CONFIDENTIAL LETTER BREIF <br><br> (ECF No. 11) |

On May 3, 2018, the parties filed a stipulation extending the time for Defendant to serve her confidential letter brief. Pursuant to the stipulation, IT IS HEREBY ORDERED that:

1. Defendant's confidential letter brief shall be served on or before May 30, 2018;
2. If the parties stipulate to a remand to the Commissioner, the stipulation shall be filed on or before June 14, 2018;
3. If the parties do not agree to a remand, Plaintiff's opening brief shall be filed on or before June 29, 2018;
4. Defendant's responsive pleading shall be filed on or before July 30, 2018; and
5. Plaintiff's reply, if any, shall be filed on or before August 14, 2018.

IT IS SO ORDERED.

Dated: **May 3, 2018**

_____
UNITED STATES MAGISTRATE JUDGE

1